**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Carey J. Ellis, III
La. Appellate Project
707 Julia St.
Rayville LA 71269

Joseph Michael Elie, III
Louisiana State Penitentiary DOC No. 364120
Spr-2
Angola LA 70712

**REHEARING ACTION: December 7, 2011**

**Docket Number: 10   01494-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JOSEPH MICHAEL ELIE, III**

**Appealed from Rapides Parish Case No. 297,861**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Michael Elie, III** has this day been

    **DENIED.**

cc: James C. Downs, Counsel for the Appellee
    John T. Giordano, Counsel for the Appellee